IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UMG RECORDINGS, INC. et al.,
    Plaintiff,

vs.                                  3:07cv201/MCR/MD

ELLIS JOSEPH BOUDREAUX III
(A/K/A JOEY BOUDREAUX)
    Defendants.

## REPORT AND RECOMMENDATION

    This cause is before the court upon plaintiffs' motion for sanctions and entry of default with memorandum of law in support. Plaintiffs seek an order striking defendant's answer and entering default against him because of defendant's willful refusal to cooperate in the discovery process. Defendant was advised by order entered on August 17, 2007 that the filing of a denial answer claiming mistaken identity was not enough, and was directed to contact plaintiff's counsel within ten days to confer in accordance with the court's scheduling order. (Doc. 11). He was informed that if he did not, the undersigned would recommend that his answer be stricken and a default entered against him. Plaintiffs now represent that defendant has failed to do comply.

    Good cause having been shown, it is respectfully RECOMMENDED:

    That defendant's answer (doc. 7) be stricken and default be entered against him.

    At Pensacola, Florida, this 1st day of November, 2007.


/s/ *Miles Davis*
        **MILES DAVIS**
        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**