IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UMG RECORDINGS, INC., et al.,
    Plaintiffs,

vs.          CASE NO.:  3:07cv201/MCR/MD

ELLIS JOSEPH BOUDREAUX III
(A/K/A JOEY BOUDREAUX),
    Defendant.
                       /

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 1, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The defendant's answer (doc. 7) is stricken and default is entered against him.

    DONE AND ORDERED this 10th day of December, 2007.


                        *s/ M. Casey Rodgers*
                        M. CASEY RODGERS
                        UNITED STATES DISTRICT JUDGE