IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UMG RECORDINGS, INC., a Delaware
corporation; ATLANTIC RECORDING
CORPORATION, a Delaware corporation;
SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; ARISTA
RECORDS LLC, a Delaware limited liability
company; BMG MUSIC, a New York general
partnership; and VIRGIN RECORDS
AMERICA, INC., a California corporation,
      Plaintiffs,

vs.                                              3:07cv201/MCR/MD

ELLIS JOSEPH BOUDREAUX III
(A/K/A JOEY BOUDREAUX)
      Defendant.

## **REPORT AND RECOMMENDATION**

This matter is before the court upon plaintiff's motion for default judgment and supporting affidavit. (Doc. 17). Defendant, against whom default has already been entered, was directed to show cause why default judgment should not be entered against him. (Doc. 18). He has failed to respond. Good cause having been shown, for the reasons set forth in the plaintiff's motion, default judgment should be granted, as requested.

Accordingly, it is respectfully RECOMMENDED:

1. The plaintiff's motion for default judgment (doc. 17) be GRANTED.

2. Default judgment be entered in favor of the plaintiff and against the defendant for statutory damages in the amount of $7,500.00 and costs in the amount of $420.00, for a total of $7,920.00.

3.  The following injunction be entered:

Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

At Pensacola, Florida, this 13th day of February, 2008.


/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).